■ In the Matter of KING DAVIS, Petitioner, v FREDERICK RICHARDSON et al., Respondents.—Motion to vacate abandonment and dismissal denied. Memorandum: Petitioner has failed to set forth sufficient facts to justify the 21-month delay in perfecting the proceeding *(see, Matter of Simmons v Kelly,* 159 AD2d 1030; *Matter of Johnson v Kelly,* 147 AD2d 987). Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ In the Matter of JAMES SIMMONS, Petitioner, v WALTER KELLY et al., Respondents.—Motion to vacate abandonment and dismissal denied. Same memorandum as in *Matter of Davis v Richardson* (161 AD2d 1215 [decided herewith]) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ PEOPLE v VICTOR PANARO, Defendant.—Motion to extend time to take appeal denied. Memorandum: Defendant's motion to extend the time to take an appeal from his judgment of conviction is denied as unnecessary inasmuch as a notice of appeal was timely filed and served on January 3, 1989. Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ PEOPLE v JOSEPH GIBOYEAUX, Defendant.—Motion to extend time to take appeal dismissed as untimely *(see,* CPL 460.30 [1]). Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

■ PEOPLE v BENNY CURRY, Defendant.—Motion to extend time to take appeal dismissed as untimely *(see,* CPL 460.30 [1]). Present—Doerr, J. P., Boomer, Green, Lawton and Lowery, JJ.

■ PEOPLE v ROBERT HORTON, Defendant.—Motion to extend time to take appeal denied with leave to renew in 30 days upon the submission of facts constituting a legal basis for the motion as required by CPL 460.30 (2). Present—Doerr, J. P., Boomer, Green, Lawton and Lowery, JJ.